UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BALDWIN HASPEL, LLC | CIVIL ACTION |
| VERSUS | NO. 25-1263 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | SECTION: "J"(5) |

**\*\*SCHEDULING CONFERENCE\*\***

**\*\*Counsel must call into the conference at 1-(833)-990-9400, Guest Call ID 896717385\*\***

**A Scheduling Conference is SET by telephone on APRIL 21, 2026 AT 3:30 P.M.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL MUST** participate in this conference.  If, for good cause, this is not possible, you must file a Motion and Order to Continue prior to the above date.

ISSUED BY:
Cheyenne Green, Section J
Telephone No. (504) 589-7710

**NOTICE**
**IN ADVANCE OF THE CONFERENCE, EVERY PARTY SHOULD BE FAMILIAR WITH AND ENSURE COMPLIANCE WITH RULE 7.1, WHICH WAS AMENDED DECEMBER 31, 2022.**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**NOTICE OF COMPLIANCE WITH Fed R. Civ. P. 26(a)(1) and 26 (f)**
**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(A)(1) AND 26(f).  COUNSEL ARE TO BE PREPARED TO ANSWER THE QUESTIONS BELOW CONCERNING DISCLOSURE.**

**IMPORTANT NOTICE TO COUNSEL:**
**COUNSEL MUST PARTICIPATE IN THIS CONFERENCE.  A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.**

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

**1.  Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?  OR**

**2.  Have all parties stipulated that initial disclosures under Rule 26(a)(1) will be waived?  OR**

**3.  Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?  WRITTEN OBJECTIONS MUST BE FILED THREE (3) DAYS PRIOR TO THE PRELIMINARY CONFERENCE.**